IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED


J.B., FATHER OF N.B., A CHILD,

      Appellant,

 v.                                Case No. 5D22-2909
                                      LT Case No. 2019-31497-CJCI

DEPARTMENT OF CHILDREN AND FAMILIES,

      Appellee.

_____/

Decision filed April 28, 2023

Appeal from Circuit Court
for Volusia County,
Kathleen McNeilly, Judge.

Tiffany Gatesh Fearing, of Suncoast
Legal Group, P.L., Spring Hill,
for Appellant.

Stephanie C. Zimmerman, Deputy Director
And Statewide Director of Appeals, of
Children's Legal Services, Bradenton, and
Rachel Batten, of Children's Legal
Services, Brooksville, for Appellee.

Sara E. Goldfarb, Statewide Director of
Appeals, and Caitlin E. Burke, Senior
Attorney, of Statewide Guardian ad Litem

Office, Tallahassee, and Blake Lynne Bruce, of Statewide Guardian ad Litem Office, Alexandria, Virginia, for Guardian ad Litem Program.

PER CURIAM.

AFFIRMED.

MAKAR, SOUD and MACIVER, JJ., concur.